# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 18-1026 CJC (MRW) | Date | September 18, 2018 |
| Title | Quan Long v. Kirstjen Nielsen | | |

Present: The Honorable Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

Attorneys Present for Petitioner: Attorneys Present for Respondent:

None Present    None Present

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

    Petitioner filed a notice of voluntary dismissal of petition. (Docket # 10.) This action is dismissed without prejudice.